IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEVIN OVERBY,** | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 21-CV-5030** |
| | : | |
| **KEVIN R. STEELE,** *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 8th day of March, 2022, upon consideration of Plaintiff Kevin Overby's Amended Complaint (ECF No. 9) it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

2. The Clerk of Court shall **CLOSE** this case.

                                        **BY THE COURT:**

                                        /s/Joel H. Slomsky, J.
                                        **JOEL H. SLOMSKY, J.**